# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 20-15-GF-BMM** |
| Plaintiff, | |
| vs. | **ORDER** |
| **JENNIFER LEE MARIE WALKINGEAGLE,** | |
| Defendant. | |

Pending before the Court is the unopposed motion of the United States to appear telephonically for the detention hearing. For good cause shown,

IT IS ORDERED that counsel for the United States may appear by telephone at the detention hearing set March 19, 2020. The United States shall make arrangements with the Clerk of Court's staff to appear by telephone.

DATED this 18th day of March, 2020.

John Johnston
United States Magistrate Judge

1