# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER LEE MARIE WALKINGEAGLE,<br><br>Defendant. | CR 20-15-GF-BMM<br><br>ORDER |

Pending before the Court is the unopposed motion of the United States to appear telephonically for the defendant's sentencing hearing.

For good cause shown, IT IS ORDERED that counsel for the United States may appear by telephone at the sentencing hearing set for October 1, 2020. The United States shall make arrangements with the Clerk of Court's office.

DATED this 1st day of October, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

1